[No. 37725-6-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.L.K.,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-8-00222-1, Susan Cook, J. Pro Tem., entered November 14, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Becker, JJ.

[No. 37775-2-I.    Division One.    August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
LEE McINTYRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04373-5, Joan E. DuBuque, J., entered November 6, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37789-2-I.    Division One.    August 25, 1997.]

ALBERT J. VELARDE, *Appellant*, v. CHRISTOPHER R.
OSBORN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-29128-9, Deborah Fleck, J., entered November 9, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Ellington, J.

[No. 37826-1-I.    Division One.    August 25, 1997.]

D.J. HOPKINS, INC., *Individually and as
Representative, Appellant*, v. GTE NORTHWEST, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04801-3, Peter D. Jarvis, J., entered November 14, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ. Now published at 89 Wn. App. 1.